IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY TABOR, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-2602 |
| | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this *1st* day of *December*, 2015, upon consideration of the Motion by Defendants Allstate Insurance Company, the Allstate Corporation, Agents Pension Plan, and the Administrative Committee (collectively, "Allstate") to Dismiss for Failure to State a Claim (Docket No. 14), the Motion of Defendant Edward M. Liddy to Dismiss for Failure to State a Claim (Docket No. 15), Plaintiffs' Response in Opposition (Docket No. 18), Allstate's Reply Brief (Docket No. 19), and Liddy's Reply Brief (Docket No. 20), it is **HEREBY ORDERED** as follows:

1. Defendants Allstate's and Liddy's Motions to Dismiss are **GRANTED** with respect to Count II (breach of R830 contract), Count III (breach of R1500 contract); and Count VI (breach of fiduciary duty). These claims are **DISMISSED WITH PREJUDICE**.

2. In all other respects, Defendants Allstate's and Liddy's Motions to Dismiss are **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.